FILED IN
COURT OF CRIMINAL APPEALS

September 22, 2015

ABEL ACOSTA, CLERK

PD-1236-15

PD-1236-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/21/2015 12:00:00 AM
Accepted 9/22/2015 12:53:31 PM
ABEL ACOSTA
CLERK

No. _____

In the
**COURT OF CRIMINAL APPEALS**

_____

On Appeal from the 268th Judicial District Court of
Fort Bend County, Texas
Cause Number 08-DCR-048561; and the Opinion of the First Court of Appeals
in Cause Number 01-14-00260-CR, Delivered September 15, 2015

_____

**ARTHUR ALEXANDER OFFICE**
*v.*
**THE STATE OF TEXAS**

_____

**MOTION FOR EXTENSION OF TIME TO FILE
*PRO SE* PETITION FOR DISCRETIONARY REVIEW**

_____

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, Kristen Jernigan, the undersigned attorney of record for Arthur Alexander Office, the Appellant, herein, and files this Motion for Extension of Time to File *Pro Se* Petition for Discretionary Review. As set out below, the undersigned respectfully requests a thirty-day extension so that Appellant can file his *Pro Se* Petition for Discretionary Review. In support of said motion, the undersigned would show the Court the following:

1.     Appellant's Petition for Discretionary Review is currently due in this case on October 15, 2015.

2.     Appellant seeks an extension of thirty days in which to file his Petition for Discretionary Review, making his Petition due on or before November 14, 2015.

3.     The undersigned counsel will not be representing Appellant after the filing of this motion.   Appellant will now have to obtain and review the record in order to prepare and file a *pro se* Petition for Discretionary Review.   The undersigned believes that there is insufficient time between now and October, 2015, to accomplish those goals.   Appellant is currently confined in federal custody in Philadelphia.   Consequently, the undersigned respectfully requests that the Court grant Appellant the additional time.

4.     The undersigned has not filed any previous motions for extension of time in this case.

5.     For the reasons set forth above, the undersigned respectfully requests that Appellant be granted an extension of thirty days so that his brief in this case will now be due on November 14, 2015.

<u>**PRAYER**</u>

**WHEREFORE, PREMISES CONSIDERED,** the undersigned

respectfully requests that this Court grant this Motion for Extension of Time to File

*Pro Se* Petition for Discretionary Review.

Respectfully submitted,


_____/s/__Kristen Jernigan_____
KRISTEN JERNIGAN
State Bar Number 90001898
207 S. Austin Ave.
Georgetown, Texas 78626
(512) 904-0123
(512) 931-3650 (fax)
Kristen@txcrimapp.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Appellant's Motion for Extension of Time has been mailed to the Fort Bend County District Attorney's Office, 301 Jackson Street, Richmond, Texas, 77469, on September 19, 2015.

      /s/ Kristen Jernigan
Kristen Jernigan